# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | SACV 20-02073-JLS (DFMx) | Date | December 23, 2020 |
|---|---|---|---|
| Title | Suzanne Na Pier v. Boulevard Burgers et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on October 28, 2020. On December 18, 2020, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before December 22, 2020 why this action should not be dismissed for lack of prosecution [13]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

                                                                                      -   :   -

Initials of Deputy Clerk   mku